## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Tire Centers, LLC*
Attn:   President/CEO
3429 Vane Court
Charlotte, NC 28206


_____
Mary E. Augustine (No. 4477)

617358v1